

**Entered on Docket
September 21, 2010**


_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank, National Association
09-74494 / 1115035402

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| In Re: | 08-22741-mkn |
|---|---|
| Larry K. Burcham, II and Shelby L. Burcham | Motion no. 38<br>Order no 73 |
| Debtors. | Chapter 13 |

### ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on August 17, 2010, and Debtors failure to cure the default prior to its expiration, and good cause appearing.

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the
2  above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to
3  Secured Creditor, U.S. Bank, National Association its assignees and/or successors in interest, and
4  Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property,
5  generally described as 4016 Briar Ct., Las Vegas NV and legally described as follows:
6      Lot 5 in Block 3 of CRAIG ESTATES NO. 2 LEWIS HOMES, as shown by Map thereof on file
7      in Book 14 of Plats, page 50 in the office of the County Recorder of Clark County, Nevada.
8  pursuant to applicable State Laws, and thereafter commence any action necessary to
9  obtain complete possession of the subject property.

10
11  **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall
12  give Debtors at least seven business days' notice of the time, place and date of sale.**

13  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby
14  withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee
15  of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its
16  secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the
17  foreclosure sale.

18
19  Submitted by:
20  Wilde & Associates
21
22  By _/s/ Gregory L. Wilde #4109_
    GREGORY L. WILDE, ESQ.
23  Attorney for Secured Creditor
    212 South Jones Boulevard
24  Las Vegas, Nevada 89107
25
26